1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, CA. Bar # 184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DAVID LOSSING

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    Case No. 1:07-mj-0129 DLB
                                       )
12            Plaintiff,               )    PROOF OF COMPLIANCE AND EXHIBITS;
                                       )    REQUEST FOR WAIVER OF APPEARANCE;
13     v.                              )    ORDER
                                       )
14  DAVID LOSSING,                     )    Date:  January 10, 2008
                                       )    Time:  10:00 A.M.
15            Defendant.               )    Hon. Dennis L. Beck
    _____)

16

17

18        Defendant David Lossing hereby submits Exhibit A (Center for Alcohol & Drug Treatment) and

19  Exhibit B (receipts from United States District Court for payment of $500 and $10), as proof of

20  compliance with the terms and conditions of probation in the above-entitled matter.

21        Based on Defendant's completion of an alcohol and drug treatment program, payment in full of

22  the fine and special assessment, and residence in the state of Minnesota, Defendant hereby requests the

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Proof of Compliance and Exhibits; Request for
Waiver of Appearance; [Proposed] Order

1   Court reinstate his waiver of appearance and that the Court proceed in his absence on every occasion that

2   the Court may permit.

3       Dated: January 8, 2008

4                                                Respectfully submitted,

5                                                DANIEL J. BRODERICK
                                                 Federal Public Defender
6

7                                                 _/s/ Marc Days_____
                                                 MARC DAYS
8                                                Assistant Federal Defender
                                                 Attorneys for Defendant
9                                                David Lossing

10

11

12                                   **ORDER**

13       **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant's appearance

14   may be waived until further order of the court, unless defendant has incurred an arrest for a new offense.

15       DATED:  January 9, 2008

16

17                                      _/s/ Dennis L. Beck_____
                                        DENNIS L. BECK, Magistrate Judge
18                                      Eastern District of California

19

20

21

22

23

24

25

26

27

28

Proof of Compliance and Exhibits; Request for
Waiver of Appearance; [Proposed] Order              2